Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
       bwilson@hawleytroxell.com

Attorneys for Mountain West Bank, a division of
Glacier Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | ) | Case No. 20-00009-TLM |
|---|---|---|
| CYNTHIA ANNE BENNETT, | ) ) ) | Chapter 13 |
| Debtor. | ) ) ) | |

## NOTICE OF HEARING

Mountain West Bank, a Division of Glacier Bank ("**Mountain West**"), by and through its attorneys of record, HAWLEY TROXELL ENNIS & HAWLEY LLP, hereby provides notice that a hearing on Mountain West's Motion for Relief from the Automatic Stay filed and served January 10, 2020, shall be held on January 21, 2020 at 1:30 p.m., at the U.S. Bankruptcy Court, 550 W. Fort Street, Boise, Idaho 83724, or as soon thereafter as the matter may be heard.

NOTICE OF HEARING - 1

45940.0036.12532077.1

DATED THIS 10th day of January, 2020.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

By/s/ Brent R. Wilson
    Brent R. Wilson, ISB No. 8936
    Attorneys for Mountain West Bank, a division of Glacier Bank

NOTICE OF HEARING - 2

45940.0036.12532077.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2020, I electronically filed the foregoing NOTICE OF HEARING with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Kathleen A. McCallister | kam@kam13trustee.com |
| U.S. Trustee | ustp.region18bs.ecf@usdoj.gov |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail**:

Cynthia Anne Bennett
P.O. Box 986
Meridian, ID 83680

Edward B. Schweizer
P.O. Box 2076
Eagle, ID 83616

/s/ Brent R. Wilson
Brent R. Wilson

NOTICE OF HEARING - 3

45940.0036.12532077.1